| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Clevenger, Raymond C. | 2. Court or Organization United States Court of Appeals for the Federal Circuit | 3. Date of Report 05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 717 Madison Place, N.W. Washington, DC 20439 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed photographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IP Section, Georgia State Bar Association | March 1-March 2, 2103 | Atlanta, GA | Meeting with IP Section of Georgia State Bar Association | Transportattion, Meals, and Lodging |
| 2. | Southern Methodist University Law School | March 21-March 22, 2013 | Dallas, TX | Patent Law Conference at Law School | Transportation, Meals, and Lodging |
| 3. | IP Section, Georgia State Bar Association | November 6-November 10, 2013 | Montego Bay, Jamaica | Meeting with IP Sectionof Georgia State Bar Association | Transportation, Meals, and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | E | Dividend | P2 | T | | | | | |
| 2. Morgan Stanley Managed Municipal Fund | E | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | D | Interest | L | T | | | | | |
| 4. Shawnee Village Partners Units | A | Distribution | J | W | | | | | |
| 5. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | A | |
| 6. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 7. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 9. Delaware Group Tax-Free Fund | E | Interest | N | T | | | | | |
| 10. Morgan Stanley Daily Dividend Fund | E | Interest | N | T | | | | | |
| 11. Kansas City Southern Industries (C..S.) | | None | L | T | Buy | 12/09/13 | L | | |
| 12. Apple, Inc. (C.S.) | C | Dividend | M | T | Buy (add'l) | 06/24/13 | J | | |
| 13. Allergan Inc. (C.S.) | A | Dividend | M | T | | | | | |
| 14. Baxter Internantional Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 15. Caterpillar Inc. (C.S.) | B | Dividend | L | T | | | | | |
| 16. Chubb Corp. (C.S.) | | None | | | Sold | 02/05/13 | M | E | |
| 17. EMC Corp. (C.S.) | A | Dividend | | | Sold | 05/13/13 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Essex Property Trust Inc. (C.S.) | | None | | | Sold | 01/08/13 | K | E | |
| 19. Exxon Mobil Corp. (C.S.) | C | Dividend | | | Sold | 10/01/13 | M | A | |
| 20. J.P. Morgan Chase & Co. (C.S.) | C | Dividend | M | T | | | | | |
| 21. McDonalds Corp. (C.S.) | C | Dividend | M | T | | | | | |
| 22. Mead Johnson Nutrition Co. | B | Dividend | | | Sold | 07/24/13 | M | A | |
| 23. Microsoft Corp. (C.S.) | C | Dividend | M | T | | | | | |
| 24. Pepsico Inc. (C.S.) | C | Dividend | M | T | Buy (add'l) | 11/21/13 | K | | |
| 25. Philip Morris Intl. Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 26. Schlumberger Ltd. (C.S.) | A | Dividend | L | T | | | | | |
| 27. Sempra Energy (C.S.) | C | Dividend | M | T | | | | | |
| 28. ThermoFisher Scientific Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 29. United Technologies Corp. (C.S.) | C | Dividend | M | T | | | | | |
| 30. Walt Disney Co. (C.S.) | B | Dividend | M | T | Buy (add'l) | 07/19/13 | K | | |
| 31. Williams Co. Inc. *C.S. | C | Dividend | | | Sold | 11/19/13 | M | E | |
| 32. American Tower REIT (C.S.) | C | Dividend | L | T | Buy | 02/04/13 | L | | |
| 33. 3M Company (C.S.) | A | Dividend | | | Buy | 05/01/13 | M | | |
| 34. 3M Company (C.S.) | B | Dividend | | | Sold | 09/27/13 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ace Ltd. (C.S.) | B | Dividend | L | T | Buy | 06/24/13 | L | | |
| 36. Mastercard, Inc. (C.S.0 | A | Dividend | K | T | Buy | 06/24/13 | K | | |
| 37. Google, Inc. (C.S.) | | None | M | T | Buy | 07/24/13 | M | | |
| 38. Chevron Corp. (C.S.) | A | Dividend | M | T | Buy | 11/19/13 | M | | |
| 39. L Brands, Inc. (C.S.) | | None | L | T | Buy | 11/19/13 | L | | |
| 40. Marsh & McLennan Cos. Inc. (C.S.) | | None | L | T | Buy | 11/19/13 | L | | |
| 41. | | | | | | | | | |
| 42. Odd Lot Fund | A | Dividend | J | T | | | | | |
| 43. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 44. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 45. General Electric Co. (C.S.) | A | Dividend | J | T | | | | | |
| 46. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 47. Echelon Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 48. TE Connectivity (C.S.) | A | Dividend | J | T | | | | | |
| 49. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 50. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 51. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Green Energy Management Systems, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 54. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 55. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 57. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 58. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 59. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |
| 60. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 61. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 62. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 63. Verizon, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 64. Keeley Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 65. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 66. Snow Capital Management Fund | A | Dividend | J | T | | | | | |
| 67. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 68. News Corp. (C.S.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox International Stock (C.S.) | A | Dividend | J | T | | | | | |
| 70. Fairholme Fund Shares | A | Dividend | J | T | | | | | |
| 71. Lazard Emerging Markets RBL Shares | A | Dividend | J | T | | | | | |
| 72. Powershares Water Reserve Portfolio Shares | A | Dividend | J | T | | | | | |
| 73. Apple Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 74. Google Inc. (C.S.) | | None | J | T | | | | | |
| 75. American Century Small Cap. Value Fund | A | Dividend | | | Sold | 09/12/13 | J | B | |
| 76. Cambiar Opportunity Fund | A | Dividend | J | T | | | | | |
| 77. Cullen High Dividend Equity Fund | | None | | | Sold | 02/13/13 | J | A | |
| 78. Terre Haute, IN Sanitary District Bond | | None | | | Sold | 01/09/13 | K | A | |
| 79. Meckleburg, NC Public Improvement Bond | B | Interest | | | Sold | 12/16/13 | K | A | |
| 80. Adrian, MI City School District Bond | B | Interest | | | Sold | 12/16/13 | K | A | |
| 81. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |
| 82. Paw Paw, MI Public School District Bond | B | Interest | K | T | | | | | |
| 83. Royal Oak, MI Hospital Authority Bond | B | Interest | | | Sold | 12/16/13 | K | A | |
| 84. Anchor Bay, MI School District Bond | B | Interest | | | Sold | 12/16/13 | K | A | |
| 85. Beloit Wisc Sch District Bond | | None | K | T | Buy | 12/16/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New York City TFA Rev Bond | | None | K | T | Buy | 12/16/13 | K | | |
| 87. Columbia MO Spl Oblig Bond | | None | K | T | Buy | 12/16/13 | K | | |
| 88. Rockwall County TX Series A Bond | | None | K | T | Buy | 12/16/13 | K | | |
| 89. South Western City SD HO Bond | | None | K | T | Buy | 12/16/13 | K | | |
| 90. Mercanolibre Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 91. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 92. Clough Global Equity Fund (C.S.) | B | Dividend | K | T | | | | | |
| 93. Clough Global Opportunity Fund (C.S.) | B | Dividend | L | T | | | | | |
| 94. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 95. Ishares FTSE Xinhua China Fund (C.S.) | A | Dividend | J | T | | | | | |
| 96. Ishares MSCI Brazil Index Fund (C.S.) | A | Dividend | J | T | | | | | |
| 97. Fairpoint Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 98. Frontier Communications, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 99. American Capital World Fund (C.S.) | B | Dividend | L | T | | | | | |
| 100. Heitmann REIT Fund (C.S.) | B | Dividend | L | T | | | | | |
| 101. PIMCO Total Return Fund (C.S.) | B | Dividend | M | T | | | | | |
| 102. Amazon.Com Inc. (C.S.) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Harbor International Fund (C.S.) | A | Dividend | J | T | | | | | |
| 104. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | | | | | |
| 105. Ivy Asset Strategy Fund (C.S.) | A | Dividend | J | T | | | | | |
| 106. Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | | | | | |
| 107. MFS Value Fund (C.S.) | A | Dividend | J | T | | | | | |
| 108. Nuveen Build America Fund (C.S.) | A | Dividend | J | T | | | | | |
| 109. Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | | | | | |
| 110. Vanguard Natural Resources (C.S.) | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 111. Vale, S.A. (C.S.) | A | Dividend | J | T | | | | | |
| 112. Univlever PLC (C.S.) | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 113. Symantec Corp. (C.S.) | A | Dividend | J | T | Buy | 04/24/13 | J | | |
| 114. T.Rowe Price New Horizons Fund (C.S.) | A | Dividend | J | T | Buy | 05/28/13 | K | | |
| 115. Allianzgi NFJ Intl Value Fund (C.S.) | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 116. John Hancock Classic Value Fund (C.S.) | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 117. MFS New Discovery Fund (C.S.) | A | Dividend | J | T | Buy | 04/19/13 | J | | |
| 118. Oakmark Intl Fund m(C.S.) | A | Dividend | J | T | Buy | 03/11/13 | J | | |
| 119. Wells Fargo Adv. Small Cap Value Fund (C.S.) | A | Dividend | J | T | Buy | 01/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544